**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2046**

MARK TAYLOR,

        Plaintiff - Appellant,

   v.

CMG LEASING,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, Chief District Judge. (7:19-cv-00564-MFU)

Submitted: February 18, 2020            Decided: February 20, 2020

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Mark Taylor, Appellant Pro Se. Bryan Grimes Williams Creasy, Sr., JOHNSON AYERS & MATTHEWS, PLC, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Taylor appeals the district court's order dismissing his civil complaint under 28 U.S.C. § 1915(e)(2)(B) (2018). Although the district court dismissed for failure to state a claim, we conclude that the complaint failed to set forth a basis for subject matter jurisdiction. Accordingly, we affirm the district court's order as modified to reflect a dismissal without prejudice for lack of jurisdiction. *See S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*
